UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANK BALLARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:11-CV-74 CAS ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant State Farm Mutual Automobile Insurance Company and against plaintiff Frank Ballard on plaintiff's petition.

Costs are assessed against plaintiff.

_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2012.